UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAPHNE L REALE,

    Plaintiff,

v.                                      Case No. 8:22-cv-2146-MSS-AEP

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security Administration,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court upon the Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 12). The Commissioner contends that remand is appropriate for the following reason:

> On remand, the Commissioner will instruct the Administrative Law Judge to further evaluate the medical opinion evidence; offer the claimant an opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Plaintiff does not object to the relief requested.

When reviewing final agency decisions on Social Security benefits, the exclusive methods by which district courts may remand to the Commissioner of Social Security are set forth in sentence four and sentence six of 42 U.S.C. § 405(g). *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). Under sentence four, district courts may "enter, upon the pleadings and transcript of the record, a judgment affirming,

modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). For the reasons stated in the Commissioner's motion, it is hereby

RECOMMENDED:

1.  The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. 12) be GRANTED.

2.  The Clerk be directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Commissioner's motion.

3.  The Clerk then be directed to close the case.

DONE AND ORDERED in Tampa, Florida, this 15th day of December, 2022.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record