**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAPHNE L REALE,**

    **Plaintiff,**

**v.**                                         **Case No: 8:22-cv-2146-MSS-AEP**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Commissioner's Unopposed Motion for Entry of Judgment with Remand. (Dkt. 12) On December 15, 2022, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, recommending that the Commissioner's Unopposed Motion for Entry of Judgment with Remand, (Dkt. 12), be GRANTED.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh

consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 13), is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand, (Dkt. 12), is **GRANTED**;

3. The Clerk be directed to enter judgment for Plaintiff with instructions that the Commissioner's decision is **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** for further administrative proceedings consistent with the reasons stated in the Commissioner's motion;

4. The **CLERK** is further directed to include the following language in the judgment: The Court reserves jurisdiction on the question of attorney's fees and costs pending receipt of a motion that conforms to the recent Standing Order on Management of Social Security Cases. <u>In re: Administrative Orders of the Chief Judge</u>, No. 3:21-mc-1-TJC (<u>Dkt. 43</u>) (Dec. 7, 2021). Any fee application must be filed within the parameters of the Standing Order; and

5. The **CLERK** is **DIRECTED** to **CLOSE** the case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of December, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person